IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL JENKINS**  **PETITIONER**
*ADC #169393*

v.   CASE NO. 4:24-CV-00116-BSM

**DEXTER PAYNE, Director, ADC; and
GLEENOVER KNIGHT, Records
Supervisor, ADC**   **RESPONDENTS**

### ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 15] is adopted. Michael Jenkins's section 2254 petition for a writ of habeas corpus [Doc. No. 1] is dismissed with prejudice, and a certificate of appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED this 15th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE