IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL JENKINS**                                                                            **PETITIONER**
*ADC #169393*

v.                          CASE NO. 4:24-CV-00116-BSM

**DEXTER PAYNE, Director, ADC; and**
**GLEENOVER KNIGHT, Records**
**Supervisor, ADC**                                                                              **RESPONDENTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE